NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**CISCO SYSTEMS, INC., HTC AMERICA INC, UNITED STATES CELLULAR CORPORATION, SPRINT SPECTRUM, L.P., MOTOROLA SOLUTIONS, INC.,** AND **MOTOROLA MOBILITY LLC,**
*Defendants-Appellees.*

---

2014-1496

---

Appeal from the United States District Court for the Northern District of California in No. 3:12-cv-01011-JST, Judge Jon S. Tigar.

---

**ON MOTION**

---

**O R D E R**

EON Corp. IP Holdings LLC ("EON") moves for a 30-day extension of time, until August 21, 2014, to file its opening brief.

Upon consideration thereof,

2    EON CORP. IP HOLDINGS LLC v. CISCO SYSTEMS, INC.

IT IS ORDERED THAT:

The motion is granted. EON's opening brief is due no later than August 21, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25