IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff-Appellant,*

v.

**CISCO SYSTEMS, INC., HTC AMERICA INC., U.S. CELLULAR CORP., SPRINT SPECTRUM, L.P., MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY LLC,**
*Defendants-Appellees,*
_____

2014-1496
_____

Appeal from the United States District Court
for the Northern District of California
in No. 3:12-cv-01011-JST, Judge Jon S. Tigar.

# APPELLEES' JOINT UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR FILING THEIR OPENING BRIEFS

_____

Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellees move to extend the deadline for filing their opening briefs by thirty (30) days.

In accordance with Federal Circuit Rule 27(a)(5), counsel for Appellees and EON have conferred and EON does not oppose this thirty-day extension. Appellees respectfully request that this motion to extend the deadline to file their opening briefs be granted.

DATED:  September 16, 2014            Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ Carl E. Sanders
CARL E. SANDERS
Kilpatrick Townsend & Stockton LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC, 27609
Tele. 919-420-1700
Fax   919-420-1800

Attorney for Motorola Mobility LLC and Motorola Solutions, Inc.

US2008 5986369 1

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system on this 16th day of September, 2014, which will send a notification of such filing to all registered participants.

                                         /s/ *Carl E. Sanders*
                                         Carl E. Sanders
                                         Kilpatrick Townsend & Stockton LLP
                                         4208 Six Forks Road, Suite 1400
                                         Raleigh, NC, 27609