NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EON CORP. IP HOLDINGS LLC,**
*Plaintiff – Appellant,*

v.

**CISCO SYSTEMS, INC., HTC AMERICA INC, UNITED STATES CELLULAR CORPORATION, SPRINT SPECTRUM, L.P., MOTOROLA SOLUTIONS, INC., MOTOROLA MOBILITY LLC,**
*Defendants – Appellees.*

---

14-1496

---

Appeal from the United States District Court for the Northern District of California in No. 3:12-cv-01011-JST, Judge Jon S. Tigar.

---

ON MOTION

O R D E R

Upon consideration of the Appellees' joint unopposed motion to extend time to file their opening briefs until November 3, 2014,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

September 17, 2014          /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk of Court


cc: Bryan K. Anderson
John J. Cotter
John R. Gibson
John L Hendricks
Alison Haddock Hutton
L. Norwood Jameson
Eric Joseph Klein
Todd Eric Landis
Steven Moore
Ryan C. Morris
John Matthew Murrell
Richard John O'Brien
Joseph Powers
Carl Elliott Sanders
Daniel Robinson Scardino
Christopher Schenck
Teresa M. Summers
Frederick Lee Whitmer
Fred I. Williams
Matthew Yungwirth
Michael E. Zeliger